UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 6:26-CR-00127-KKC-EBA-1

UNITED STATES OF AMERICA, PLAINTIFF,

V.

**ORDER**

CARTNEY CONN, DEFENDANT.

*** *** *** ***

The Court is advised that Defendant, Cartney Conn, was arrested pursuant to an indictment warrant. Therefore,

**IT IS ORDERED** that the Defendant, Cartney Conn, shall appear for initial appearance and arraignment proceedings before the undersigned on **Tuesday, November 17, 2026**, at **10:15 A.M.** in the United States Courthouse at **FRANKFORT**, Kentucky.

Signed November 16, 2026.

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**